No. 8, Original. ARIZONA *v.* CALIFORNIA ET AL. The joint request for allotment of and division of time for oral argument is approved. The case is set for argument on Monday, January 8, 1962, and a total of sixteen hours is allotted for that purpose to be apportioned as follows:

California.—Five and one-half hours for opening and rebuttal.

Arizona.—Five and one-half hours.

United States.—Three hours.

Nevada.—One and one-quarter hours.

Utah.—Fifteen minutes.

New Mexico.—Thirty minutes.

THE CHIEF JUSTICE took no part in the consideration or decision of this case. [For earlier orders herein, see 344 U. S. 806, 919; 345 U. S. 914, 968; 347 U. S. 985, 986; 348 U. S. 947; 350 U. S. 114, 812, 880, 955; 351 U. S. 977; 354 U. S. 918; 357 U. S. 902; 364 U. S. 940.]

No. 2. METLAKATLA INDIAN COMMUNITY, ANNETTE ISLAND RESERVE, *v.* EGAN, GOVERNOR OF ALASKA, ET AL.; and

No. 3. ORGANIZED VILLAGE OF KAKE ET AL. *v.* EGAN, GOVERNOR OF ALASKA. Appeals from the Supreme Court of Alaska. (Probable jurisdiction noted, *ante,* p. 886.) The motion of appellants to dispense with printing the record is granted. The motions to accelerate the filing of briefs and to set the cases for early hearing are granted and the cases are set for argument on Wednesday, December 13, 1961. The briefs of the appellants and the brief of the United States, as *amicus curiae,* are to be filed on or before November 17, 1961, and the briefs of the appellees are to be filed on or before December 6, 1961. *Richard Schifter* for appellant in No. 2. *John H. Cragun* for appellants in No. 3. *Ralph E. Moody,* Attorney General of Alaska, for appellees. Reported below: —— Alaska ——, 362 P. 2d 901.